IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | Civil Action No. 3:12 cv 519<br><br>8:12 MC 103 |

### ORDER REAPPOINTING RECEIVER

On August 17, 2012, the Court signed an "Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC" pursuant to which Kenneth D. Bell (the "Receiver") was appointed to act as the Temporary Receiver for Defendant Rex Venture Group and all entities owned or controlled by it. Since his appointment, the Receiver has been tracing funds relating to this case and believes he may have identified causes of action and other potential receivership assets located in and held by individuals located in other federal districts. In order to comply with the requirements of 28 U.S.C. § 754 and to confer jurisdiction upon this Court regardless of the location of the receivership assets or the individuals possessing those assets, the Receiver has filed a Motion for Order Reappointing Receiver seeking reappointment on the same terms currently in place. The Court, having carefully considered the Motion and relevant case law, concludes that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Kenneth D. Bell is hereby REAPPOINTED as Temporary Receiver in these proceedings as to Rex Venture Group, LLC and all entities owned or controlled by it. This reappointment incorporates all of the provisions set forth in the original "Agreed Order Approving Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC," signed by this Court on August 17, 2012; and the "Order Granting in Part and Denying in Part Receiver's Motion Seeking Amendment of Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC," signed by this Court on August 30, 2012.

Signed this 30 day of ~~November~~ December, 2012,

_____
HONORABLE GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE