

IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURES GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

8:12 MC 103

### ORDER GRANTING IN PART AND DENYING IN PART RECEIVER'S MOTION SEEKING AMENDMENT OF AGREED ORDER APPOINTING TEMPORARY RECEIVER AND FREEZING ASSETS OF DEFENDANT REX VENTURE GROUP, LLC

This matter is before the Court upon the Motion of Temporary Receiver Kenneth D. Bell (the "Receiver") Seeking Amendment of Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC (the "Motion") filed on August 24, 2012. After considering the Motion, and having heard arguments of counsel at a hearing on August 30, 2012, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1.     The Motion is **GRANTED IN PART** and **DENIED IN PART**.

2.     The Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC (Doc. No. 4) (the "Agreed Order") entered on August 17, 2012 is amended to strike the second recital paragraph in its entirety and replace it with the following:

"WHEREAS, the Court finds that, based on the record in these proceedings, the appointment of a temporary receiver in this action of Defendant Rex Venture Group, LLC d/b/a ZeekRewards.com, any of its subsidiaries, whether incorporated or unincorporated, and any businesses or business names under which it does business ('Receivership Defendant') is necessary and appropriate for the purposes of marshaling and preserving all assets of the Receivership Defendant, including currency, checks, cashier's checks, teller's checks, certified checks, money orders, drafts, notes, payments, properties or other assets held, possessed, received or credited by the Receivership Defendant on or after August 17, 2012 ('Receivership Assets'); and for the purposes of recovering and preserving those assets: (a) held in constructive trust for the Receivership Defendant; or (b) fraudulently transferred by the Receivership Defendant (together, 'Recoverable Assets')."

IT IS SO ORDERED, this 30th day of August 2012.

*[signature]*
Graham C. Mullen
United States District Judge

2